Clarence ROBINSON, Petitioner–
Appellant,

v.

Levern COHEN, Respondent–Appellee.

No. 15–7805.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 25, 2016.

Decided: April 7, 2016.

Clarence Robinson, Appellant Pro Se.

Before AGEE and THACKER, Circuit
Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Clarence Robinson seeks to appeal the
district court's order accepting the recom-
mendation of the magistrate judge and
dismissing his 28 U.S.C. § 2254 (2012) pe-
tition for failure to exhaust state court
remedies. The order is not appealable
unless a circuit justice or judge issues a
certificate of appealability. See 28 U.S.C.
§ 2253(c)(1)(A) (2012). A certificate of ap-
pealability will not issue absent "a substan-
tial showing of the denial of a constitution-
al right." 28 U.S.C. § 2253(c)(2) (2012).
When the district court denies relief on the
merits, a prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that the district court's assess-
ment of the constitutional claims is debata-
ble or wrong. Slack v. McDaniel, 529
U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d
542 (2000); see Miller–El v. Cockrell, 537
U.S. 322, 336–38, 123 S.Ct. 1029, 154
L.Ed.2d 931 (2003). When the district
court denies relief on procedural grounds,
the prisoner must demonstrate both that
the dispositive procedural ruling is debata-
ble, and that the petition states a debata-
ble claim of the denial of a constitutional
right. Slack, 529 U.S. at 484–85, 120 S.Ct.
1595.

We have independently reviewed the
record and conclude that Robinson has not
made the requisite showing. Accordingly,
we deny a certificate of appealability and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*DISMISSED.*